# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD EUGENE LEWIS, | § | |
| Petitioner, | § | |
| versus | § | CIVIL ACTION H-05-3213 |
| DOUG DRETKE, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 20th day of September, 2005.

_____
DAVID HITTNER
United States District Judge